## KNIGHT v. THE STATE.

RUSSELL, Chief Justice. There being no evidence offered by the defendant, and the evidence for the State authorizing a verdict of guilty, the court did not err in overruling the motion for new trial, based only on the general grounds. *Judgment affirmed. All the Justices concur.*

No. 12488. SEPTEMBER 23, 1938.

*Edwin J. Feiler, Aaron Kravitch,* and *Charles E. Donnelly,* for plaintiff in error.

*M. J. Yeomans, attorney-general, J. P. Dukes, solicitor-general, Emil J. Clower,* and *Ellis G. Arnall,* contra.